DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KERRY MCAULEY,**
Appellant,

v.

**SIMON PROPERTY GROUP, INC.,**
Appellee.

No. 4D16-2247

[December 14, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Caracuzzo, Judge; L.T. Case No. 50-2012-CA-011139-XXXX-MB.

Kerry McAuley, Boca Raton, pro se.

Edgardo Ferreyra, Jr. and Jack Luks of Luks, Santaniello, Petrillo & Jones, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***